[No. 37907-4-II.  Division Two.  June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ABENAMAR ZAPATA PONCE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00790-3, Robert L. Harris, J., entered May 27, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38009-9-II.  Division Two.  June 2, 2009.]

LARRY L. HUGHES, JR., *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-01278-5, Christine A. Pomeroy, J., entered June 18, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 38513-9-II.  Division Two.  June 2, 2009.]

RUTH JORGENSEN ET AL., *Appellants*, v. KELLY KEBLER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-2-00878-2, Theodore F. Spearman, J., entered April 2, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 26854-3-III.  Division Three.  June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS C. HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03446-4, Neal Q. Rielly, J., entered January 28, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Brown, J.